ACCEPTED
06-15-00108-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
11/19/2015 11:14:42 AM
DEBBIE AUTREY
CLERK

**ORAL ARGUMENT WAIVED**

CAUSE NO. 06-15-00108-CR

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS

11/19/2015 11:14:42 AM

DEBBIE AUTREY
Clerk

IN THE

COURT OF APPEALS

SIXTH APPELLATE DISTRICT OF TEXAS AT TEXARKANA

_____

ALEXANDER NATHANIEL BRENES, Appellant

V.

THE STATE OF TEXAS, Appellee

_____

ON APPEAL FROM THE 6TH DISTRICT COURT;
LAMAR COUNTY, TEXAS; TRIAL COURT NO. 23814;
HONORABLE WILLIAM H. HARRIS, JUDGE

_____

# APPELLEE'S (STATE'S) MOTION TO EXTEND TIME TO FILE BRIEF

_____

Gary D. Young
Lamar County and District Attorney
Lamar County Courthouse
119 North Main
Paris, Texas      75460
(903) 737-2470
(903) 737-2455 (fax)

**ATTORNEYS FOR THE STATE OF TEXAS**

1

CAUSE NO. 06-15-00108-CR

IN THE

COURT OF APPEALS

SIXTH APPELLATE DISTRICT OF TEXAS AT TEXARKANA
_____

ALEXANDER NATHANIEL BRENES, Appellant

V.

THE STATE OF TEXAS, Appellee
_____

ON APPEAL FROM THE 6TH DISTRICT COURT;
LAMAR COUNTY, TEXAS; TRIAL COURT NO. 23814;
HONORABLE WILLIAM H. HARRIS, JUDGE
_____

# APPELLEE'S (STATE'S) MOTION TO EXTEND TIME TO FILE BRIEF
_____

TO THE HONORABLE COURT OF APPEALS:

COMES NOW, the State of Texas, by and through Gary D. Young, the elected County and District Attorney of Lamar County, Texas and the Lamar County and District Attorney's Office, respectfully submits this Motion to Extend Time to File Brief under Tex. R. App. P. 10 and 38. The State of Texas moves this Court pursuant to the Texas Rules of Appellate Procedure for an extension of time in which to file the Appellee's (State's) Brief upon

2

good cause shown below.

I.

On or about October 20, 2015, the appellant, Alexander Nathaniel Brenes (Brenes) filed his brief in the above-styled and numbered cause. The appellee's (State's) brief is due on or before November 19, 2015.

This motion to extend time seeks an additional thirty (30) days for the State to file its brief.

II.

This is an appeal from the 6th Judicial District Court of Lamar County, Texas. In the District Court, the cause number was 23814.

III.

On or about June 25, 2015, the appellant (Brenes) filed his notice of appeal in this Court. By electronic filing or about August 25th, the District Clerk of Lamar County filed the Clerk's Record. The official court reporter filed the Reporter's Record on or about August 31, 2015. On or about September 14, 2015, the District Clerk filed a supplemental Clerk's Record.

The appellant (Brenes) filed a motion to extend time to file his brief, which this Court granted on or about September 15, 2015. The appellant then filed his brief on October 20, 2015.

## IV.

Since the filing of the appellant's brief on October 20th, counsel for the appellee (State) had criminal dockets, including hearings and a plea-bargain docket on motions to revoke/adjudicate in the 6th Judicial District Court of Lamar County and arraignments/pre-trial dockets on October 20, 2015. Further, a jury panel came in on October 21, 2015 for trial docket. Also, on October 21, 2015, counsel for the appellee (State) had a Motion to Reduce Bond hearing in cause number 26267 styled *The State of Texas v. Carlos Bowden* in the 6th District Court of Lamar County. During the week beginning on October 21st through October 28th, counsel for the State was preparing the findings of fact and conclusions of law in cause number 20463-HC-4 styled *Ex parte Orian Lee Scott* in the 6th Judicial District Court of Lamar County.

On November 10, 2015, counsel for the State had a motion to revoke hearing scheduled for *The State of Texas v. Segovia*, *The State of Texas v. Gibson* and *The State of Texas v. Maroney*. On November 10th, counsel for the State was also preparing criminal cases for grand jury proceedings on November 12th. The Lamar County Commissioners recognized November 11, 2015 as a county holiday for Veterans' Day and counsel for the State was on vacation from November 11th through November 13, 2015. On

4

November 16th, counsel for the State had a criminal docket for arraignments and plea bargains. Finally, counsel for the State had a criminal docket for pre-trial motions and revocations on November 17th.

In addition to the criminal dockets and hearings above, counsel for the appellee (State) was preparing and completing the proposed findings of fact and conclusions of law in cause number 20462-HC-4, *et. al.* styled *Ex parte Orian Lee Scott* Further, counsel for the appellee (State) was preparing and completing the appellee's (State's) brief in cause number 06-15-00024-CR styled *Rodney Boyett v. The State of Texas* in the Sixth Judicial District Court of Appeals at Texarkana (now set for submission on December 3, 2015). Finally, counsel for the appellee (State) was preparing the appellee's (State's) brief in cause numbers 06-15-00074-CR and 06-15-00075-CR styled *Glenn Edwin Rundles v. The State of Texas* in the Sixth Judicial District Court of Appeals at Texarkana, which is currently due on or before November 25, 2015.

Due to these circumstances, counsel for the appellant (State) was unable to complete the research necessary to prepare the brief in this appellate cause, thus necessitating this request for an extension of time. Insufficient time now remains to complete Appellee's Brief, but, if the time is extended another thirty (30) days to Friday, December 18, 2015, the State

will have sufficient time for completion with the time as extended.

V.

The purpose of this motion is not for delay, but so that justice may be had by all parties. As the appellee, the State requests that an extension of time until Friday, December 18, 2015 be granted for the filing of Appellee's Brief, or until such time as this Court deems appropriate.

WHEREFORE PREMISES CONSIDERED, the State of Texas prays that upon final submission of this motion to this Court's motion docket, this Court grant the State's Motion to Extend Time to File Its Brief in its entirety and grant the State of Texas an additional thirty (30) days in which to file its brief on or before Friday, December 18, 2015, or until such time as this Court deems appropriate; and for such other and further relief, both at law and in equity, to which it may be justly and legally entitled.

Respectfully submitted,

Gary D. Young
Lamar County & District Attorney
Lamar County Courthouse
119 North Main
Paris, Texas    75460
(903) 737-2470
(903) 737-2455 (fax)

By:_____
      Gary D. Young, County Attorney
      SBN# 00785298

**ATTORNEYS FOR STATE OF TEXAS**

**VERIFICATION**

STATE OF TEXAS       §

                       §

COUNTY OF LAMAR   §

      BEFORE ME, the undersigned authority, on this day personally appeared Gary D. Young, who after being duly sworn stated:

> I am the attorney representing the Appellee in the above-styled and numbered appellate cause. I have read the foregoing Motion to Extend Time to File Appellee's Brief and the facts and allegations contained are known to me and they are true and correct to the best of my knowledge.

_____
Gary D. Young

      SUBSCRIBED AND SWORN TO BEFORE ME on the 19th day of November, 2015, to certify which witness my hand and official seal.

_____
Notary Public, State of Texas

PAM BULL
Notary Public, State of Texas
My Commission Expires
July 24, 2018

7

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that in accordance with Tex. R. App. P. 9.5, a true copy of the "Appellee's (State's) Motion to Extend Time for Filing Brief has been served on the 19th day of November, 2015 upon the following:

Michael Mowla
Michael Mowla, PLLC
P.O. Box 868
Cedar Hill, TX     75106-0868
michael@mowlalaw.com

_____
GARY D. YOUNG
gyoung@co.lamar.tx.us